UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

In re:  CASE NO. 17-18280-LMI
 CHAPTER 13

VERONICA LEE WALDMAN

    Debtors.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the *Order Specially Setting Evidentiary Hearing on the Motion for Relief from Stay to Reschedule and Conclude Foreclosure Sale of Real Property Located at 2901 South Bayshore Drive PH-B Pursuant to Final Judgment of Foreclosure* [ECF No. 33] was served Via CM/ECF and/or first-class postage-prepaid U.S. Mail to the parties on the attached service list as indicated on the 10th day of August, 2017.

    Dated this 10th day of August, 2017.

    GENOVESE JOBLOVE & BATTISTA, P.A.
    *Counsel for Creditor Laquer Family Holdings Limited Partnership*
    100 SE 2nd Street, 44th Floor
    Miami, FL 33131
    Tel.: (305) 349-2300
    Fax.: (305) 349-2310

    By: /s/ Michael L. Schuster
        Michael L. Schuster, Esq.
        Florida Bar No. 57119
        mschuster@gjb-law.com

## SERVICE LIST

**Via CM/ECF**
**17-18280-LMI Notice will be electronically mailed to:**

Jeffrey S. Berlowitz on behalf of Creditor Yacht Harbour Condominium Association, Inc.
jberlowitz@srhl-law.com, jortega@srhl-law.com

Timothy S Kingcade, Esq on behalf of Debtor Veronica Lee Waldman
scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Michael L Schuster on behalf of Creditor Laquer Family Holdings Limited Partnership
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com;chopkins@gjb-law.com;ekelly@gjb-law.com

**Via U.S. Mail**

Synchrony Bank
PRA Receivables Management, LLC
c/o Valerie Smith
PO Box 41021
Norfolk, VA 23541

Miami Dade County Tax Collector (Windley)
200 NW 2 Ave #430
Miami, FL 33128

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 17-18280-LMI<br>Southern District of Florida<br>Miami<br>Thu Aug 10 12:49:18 EDT 2017 | Synchrony Bank<br>PRA Receivables Management, LLC<br>c/o Valerie Smith<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Miami Dade County Tax Collector (Windley)<br>200 NW 2 Ave #430<br>Miami, FL 33128-1733 |
| Yacht Harbour Condominium Association, Inc.<br>c/o Siegfried, Rivera, Hyman, et al.<br>c/o Jeffrey Berlowitz, Esq.<br>201 Alhambra Circle, 11th Floor<br>Coral Gables, FL 33134-5107 | Cbna<br>POB 6189<br>Sioux Falls, SD 57117-6189 | Checksystems<br>7805 Hudson Road<br>Saint Paul, MN 55125-1703 |
| Child Support Enforcement<br>POB 8030<br>Tallahassee, FL 32314-8030 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Equifax<br>POB 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>POB 2002<br>Allen, TX 75013-2002 | Florida Department of Revenue<br>5050 W Tennessee St.<br>Tallahassee, FL 32399-0100 | IRS Centralized Bankruptcy Department<br>POB 4346<br>Philadelphia, PA 19118-8346 |
| Laquer Family Holdings Limited Partnership<br>50 South Point Dr Unit 3301/3303<br>Miami Beach FL 33139-4767 | MTAG AS CUSTODIAN<br>FOR CAZ CREEK FLORIDA IV LLC<br>PO BOX 54073<br>NEW ORLEANS, LA 70154-4073 | Miami Dade Tax Collector<br>200 NW 2nd Ave<br>Miami FL 33128-1733 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Transunion<br>POB 1000<br>Chester, PA 19022-1023 | Yacht Harbor Condo Association<br>POB 31600<br>Tampa FL 33631-3600 |
| Yacht Harbour Condominium Assoc, Inc.<br>POB 31600<br>Tampa, FL 33631-3600 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |
| Veronica Lee Waldman<br>2901 South Bayshore Drive PH-B<br>Coconut Grove, FL 33133-6004 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury
POB 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)LAQUER FAMILY HOLDINGS LIMITED PARTNERSHIP        (u)Miami                                    End of Label Matrix
                                                                                                 Mailable recipients    21
                                                                                                 Bypassed recipients     2
                                                                                                 Total                  23
```